

THE LAW OFFICES OF
**PETER SVERD**
P L L C

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

February 17, 2020

The Hon. Miroslav Lovric
 U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

    Re: Deborah Laufer v. Yogini Inc.,
      Case No.: 1:19-cv-1507 (BKS/ML)
      <u>NOTICE OF SETTLEMENT</u>

**Greetings Judge Lovric,**

  Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action. The parties join in this Letter Motion seeking a stay of all court proceedings in this matter through March 17, 2020, while the settlement agreement is consummated.

  Thank you for your attention and courtesy in this matter.

Very truly yours,

*Peter Sverd*

 Peter Sverd, Esq.